**Order entered August 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00850-CV

**AMERICAN HONDA MOTOR CO., INC., Appellant**

**V.**

**SARAH MILBURN, JOHN MILBURN, AND CAROLYN MILBURN, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16470**

## ORDER

Before the Court is appellant's August 6, 2019 motion to file a second supplemental clerk's record under seal. We **DENY** the motion without prejudice to filing a motion accompanied by a sealing order pursuant to rule of civil procedure 76a. *See* TEX. R. CIV. P. 76a.

/s/     BILL WHITEHILL
           JUSTICE